# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| RUI FONESCA, | Hon. Joseph H. Rodriguez |
| Plaintiff, | |
| v. | Civil No. 19-14565 |
| FED EX FREIGHT, DEREK SHELLENBERGER, JOHN DOES 1-30, and ABC CORPORATIONS 1-30, | MEMORANDUM ORDER |
| Defendants. | |

This matter having come before the Court on Motion of Plaintiff Rui Fonesca for Remand for lack of diversity of citizenship subject matter jurisdiction on the allegation that Plaintiff and Defendant Derek Shellenberger are both New Jersey citizens; and the Court having considered the written submission of the parties, including the Declaration of Derek Shellenberger and the attachments thereto, which confirm that Defendant Derek Shellenberger is a citizen of the Commonwealth of Pennsylvania; and the Court finding that subject matter jurisdiction is proper pursuant to 28 U.S.C. §1332 (a)(1); therefore,

IT IS on this 23rd Day of September, 2019, hereby

ORDERED that Plaintiff's Motion for Remand [Dkt. No. 14] is denied.

s/ Joseph H. Rodriguez
Hon. Joseph H. Rodriguez,
UNITED STATES DISTRICT JUDGE